UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JUL 27 PM 2:20

CLERK

BY AL
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 2:23-cr-81-1 |
| v. | ) | |
| | ) | (18 U.S.C. § 922(a)(6)) |
| CANDACE WALSH | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about May 31, 2023, in the District of Vermont, defendant CANDACE WALSH, in connection with the acquisition of an SCCY CPX-2 9-mm firearm from a federally licensed firearms dealer (FFL) in Mount Tabor, Vermont, knowingly made a false oral and written statement to the FFL, which statement was intended and likely to deceive the FFL as to a fact material to the lawfulness of the sale of the firearm, in that CANDACE WALSH stated she was not under indictment for any felony or any other charge which could result in imprisonment for more than one year, when in fact and as she well knew, she was under indictment for several state felony offenses at the time of her statement.

(18 U.S.C. § 922(a)(6))

## Forfeiture Notice

Upon conviction of the offense alleged in violation of Title 18, United States Code, Section 922(g) set forth above in Count One, CANDACE WALSH shall forfeit to the United States any firearm involved in the commission of the offense, including, but not limited to an SCCY CPX-2 9-mm, serial number 373345.

(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

A TRUE BILL

███████████████████████

FOREPERSON

*Nikolas P. Kerest by CarC*
NIKOLAS P. KEREST (EAPC)
United States Attorney
Burlington, Vermont
July 27, 2023