NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                  Case No. 2:23-cr-081

Candace Walsh

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Tuesday, August 08, 2023 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for an Initial Appearance and Arraignment.

Location: Courtroom 410

                                                        JEFFREY S. EATON, Clerk
                                                        By: */s/ Dylan R. Gaddes*
                                                        Deputy Clerk
                                                        7/28/2023

TO:

Eugenia A. Cowles, AUSA

Michael C. Shklar, Esq.