PS 40  (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
### for the District of Vermont

2023 AUG 11  PM 3: 23

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT


BY

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1243<br>Sterling, VA  20166-1243 | **FROM:** United States District Court<br>District of Vermont<br>P.O. Box 432<br>Burlington, VT  05402 |

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

| | |
|---|---|
| X  **Original Notice** | ☐ **Notice of Disposition** |
| **Date:**  8/11/2023 | **Date:**  Enter Disposition Date. |
| **By:**  USPO Douglas Cowher | **By:**  Enter Who Submitted Notice. |

| | |
|---|---|
| Defendant:   Candace Walsh | Case Number:   2:23-cr-00081 |
| Date of Birth:  ▮/1985 | Place of Birth:   Bennington, Vermont |
| SSN:  ▮0834 | |

**Notice of Court Order** (Order Date:   8/8/2023                )

X   The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐   The above-named defendant surrendered passport number _____ and/or passport card number _____ to the custody of the U.S. District Court on _____ .

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐   The above order of the court is no longer in effect.

☐   Defendant not convicted – Document returned to defendant.

☐   Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐   Defendant convicted – Document and copy of judgment enclosed.

<u>**Distribution:**</u>
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court