AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 APR 12 AM 11:55

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

CANDACE WALSH

Defendant

)
)
)   Case No.   2:23-CR-81
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CANDACE WALSH                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☑ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

The defendant violated condition 7(m) of her pretrial supervision


Date:   2/29/24

                                                              _____
                                                              *Issuing officer's signature*

City and state:   Burlington, Vermont              Geoffrey W. Crawford, Chief Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/29/24, and the person was arrested on *(date)* 4/9/24 at *(city and state)* Arlington, VT. |
| Date:   4/11/2024 |
| _____
*Arresting officer's signature*

Cen Staley  SDUSM
*Printed name and title* |